UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PEDRO CARRERA-CHAVEZ                                    PETITIONER

VS.                              CIVIL ACTION NO. 3:24-CV-257-TSL-RPM

WARDEN UNKNOWN CHILDRESS                                RESPONDENT

ORDER

This cause came on to be heard on the May 13, 2026 report and recommendation of United States Magistrate Judge Robert P. Myers recommending that petitioner Pedro Carrera-Chavez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus be denied and dismissed. The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the May 13, 2026 report and recommendation of the magistrate judge is hereby adopted as the opinion of this court.

SO ORDERED this the 4th day of June, 2026.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1